Opinion issued April 6, 2023



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00114-CV

————————————

## JASON GARCIA, Appellant

## V.

## OFFICE OF THE ATTORNEY GENERAL, Appellee

On Appeal from the 25th District Court
Colorado County, Texas
Trial Court Cause No. 25,678

## MEMORANDUM OPINION

Appellant, Jason Garcia, filed an amended notice of restricted appeal from the trial court's September 26, 2022 judgment, September 26, 2022 order confirming arrears and foreclosing lien, and November 23, 2022 order of sale. On March 17, 2023, appellant filed a motion to dismiss, stating that the parties had

"resolved all issues leading to th[e] appeal" and the "appeal [was] no longer necessary."

No other party has filed a notice of appeal, and no opinion has issued. TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference that states that appellant conferred, or made a reasonable attempt to confer with appellee, the Office of the Attorney General, regarding the relief requested in the motion.[1] *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.

---

[1] Appellant's motion states that "a [c]ertification of [c]onference is not necessary in this matter as the appeal is being dismissed pursuant to a [r]ule 11 settlement agreement." *But see* TEX. R. APP. P. 10.1(a)(5).

2